UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ALFREDO VASQUEZ, | ) | No. CV 08-2285-R (PLA) |
|         Petitioner, | ) | **JUDGMENT** |
|     v. | ) | |
| JOSEPH WOODRING, Warden, | ) | |
|         Respondent. | ) | |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 9, 2009

 

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE